1  DOWNEY BRAND LLP
   JOHN C. McCARRON (Bar No. 225217)
2  ASHLEY M. BOULTON (Bar No. 285305)
   621 Capitol Mall, 18th Floor
3  Sacramento, California 95814
   Telephone:   916.444.1000
4  Facsimile:   916.444.2100

5  THE RAFATI LAW FIRM, PLLC
   Haroon Rafati (Texas Bar No. 24081111)
6  7106 Glen Rosa Dr.
   Katy, Texas 77494
7  Telephone:   210.573.3123
   Facsimile:   210.579.4765

8
   Attorneys for Defendant
9  GREAT HOST INTERNATIONAL, INC. dba
   ANDALUCIA NUTS, A TEXAS
10 CORPORATION

11
                    UNITED STATES DISTRICT COURT
12
             EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
13

14

15 BAUGHER RANCH ORGANICS, A              Case No.
   CALIFORNIA CORPORATION,
16                                        **NOTICE OF REMOVAL**
              Plaintiff,
17
        v.
18
   GREAT HOST INTERNATIONAL, INC. dba
19 ANDALUCIA NUTS, A TEXAS
   CORPORATION,
20
              Defendant.
21

22         Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant GREAT HOST

23 INTERNATIONAL, INC. dba ANDALUCIA NUTS, A TEXAS CORPORATION ("Andalucia"),

24 by and through its counsel of record Downey Brand LLP and The Rafati Law Firm, PLLC, hereby

25 gives notice of the removal of this action to the United States District Court for the Eastern

26 District of California on the grounds set forth herein. As the requisite "short and plain statement of

27 the grounds for removal," 28 U.S.C. § 1446(a), Andalucia states as follows:

28 ///

1715244v1

NOTICE OF REMOVAL

1. On February 26, 2021, plaintiff filed an initial complaint for money filing in the Superior Court of California, Glenn County, No. 21CV02564. A copy of the Complaint is attached here to as Exhibit 1.

2. Andalucia was served with the Summons and Complaint on March 11, 2021.

3. Andalucia is the only defendant.

4. The grounds for removal of this action are:

   a) On February 26, 2021, plaintiff filed an initial complaint for money filing in the Superior Court of California, Glenn County, No. 21CV02564.

   b) There is complete diversity of citizenship between the plaintiff and defendant in this action because:

   i) The plaintiff is a corporation or other form of legal entity that is organized and incorporated under the laws of the State of California, with its principal place of business in Orland, Glenn County, California.

   ii) Defendant, Andalucia, is a corporation that is organized and incorporated under the laws of the State of Texas, with its principal place of business in Houston, Harris County, Texas.

   c) More than $75,000.01, exclusive of interest and costs, is in controversy in this action.

5. This court would have had original subject matter jurisdiction of this action under the provisions of 28 U.S.C. § 1332 if the action had originally been brought in federal court. Removal is, therefore, proper under 28 U.S.C. § 1441(a).

6. Removal of this case on the basis of diversity of citizenship is not precluded by the provisions of Section 1441(b)(2) of Title 28 of the United States Code because none of the parties in interest properly joined and served as a defendant is a citizen of the State of California, the State in which this action was brought.

7. This Notice of Removal is timely under Section 1446(b)(1) of Title 28 of the United States Code because the plaintiff's initial pleadings in this action were served on **March 11, 2021.** This Notice of Removal is filed within 30 days of receipt of the plaintiff's initial

pleading and within one year of the commencement of the action, so that it is timely filed under 28 U.S.C. § 1446(b).

DATED: April 9, 2021               DOWNEY BRAND LLP

By:    /s/ John C. McCarron
JOHN C. McCARRON
Attorneys for Defendant
GREAT HOST INTERNATIONAL, INC. dba
ANDALUCIA NUTS, A TEXAS
CORPORATION

EXHIBIT 1

STEVEN A. BOOSKA
Attorney at Law
P.O. Box 2169   File # 20210008
OAKLAND CA 94621
Telephone: (415) 397-4345
State Bar #107899

Attorney for Plaintiff



CONFORMED
GLENN COUNTY
FEB 26 2021
CLERK OF THE SUPERIOR COURT
BY KRISTIN MARTINS  DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF GLENN

UNLIMITED

| | |
|---|---|
| BAUGHER RANCH ORGANICS, | NO. 21CV02564 |
| Plaintiff, | |
| v. | COMPLAINT FOR MONEY |
| GREAT HOST INTERNATIONAL, INC., A TEXAS CORPORATION, DBA ANDALUCIA NUTS; DOES 1-10, | Demand: $205,940.00 |
| Defendants. | |

By Fax

Plaintiff alleges as follows:

FIRST CAUSE OF ACTION

1. This matter arises from a transaction which was performed and was to be performed in Orland, California as set forth further herein. This court is the proper court for the trial of this matter.

2. The true names and capacities, whether corporate,

COMPLAINT FOR MONEY - COMMON COUNTS

associate, individual or otherwise, of defendants DOES 1-10 inclusive, are unknown to plaintiff who therefore sues said defendants by such fictitious names and plaintiff will ask leave to amend this Complaint to set forth their true names and capacities when the same are ascertained.

3. Plaintiff is informed and believes, and on such information and belief, alleges that at all times herein mentioned, each of the defendants was acting as the agent and/or servant of each of the other defendants and all actions alleged herein were within the course and scope of the defendant's agency and/or employment.

4. This cause of action is not subject to the provisions of Sections 1812.10 or 2984.4 of the Civil Code of the State of California.

5. Within the last four years defendants, and each of them, became indebted to plaintiff in the agreed sum of $205,940.00 for goods and/or services rendered to defendants, and defendants then and there agreed to pay said amount to plaintiff. This indebtedness arose when defendant contacted plaintiff in Orland, California, for the purpose of acquiring goods which were delivered to defendant in Orland, California. The terms of the transaction required that defendant pay plaintiff in Orland, California.

6. No part of said sum has been paid, although demand therefor has been made, and there is now due, owing and unpaid

COMPLAINT FOR MONEY - COMMON COUNTS

the sum of $205,940.00 together with interest thereon at the rate of 10% per annum from September 11, 2020.

SECOND CAUSE OF ACTION

7. Plaintiff realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1, 2, 3, 4, 5, and 6 of the First Cause of Action.

8. Within the last four years defendants, and each of them, became indebted to plaintiff on a book account for a balance due in the amount of $205,940.00.

THIRD CAUSE OF ACTION

9. Plaintiff realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1, 2, 3, 4, 5, and 6 of the First Cause of Action.

10. Within the last four years there was a written account stated by and between plaintiff and defendants, and each of them, whereby it was agreed that defendants were indebted to plaintiff in the sum of $205,940.00.

//
//
//
//

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as follows:

1. For damages in the sum of $205,940.00;

2. For interest in the sum of 10 percent per annum from

COMPLAINT FOR MONEY - COMMON COUNTS

and after September 11, 2020;

3. For costs of suit herein incurred as provided by C.C.P. Sec. 1033.5 including a reasonable attorney fee to be determined by the court authorized by C.C. 1717.5, if applicable;

4. For other and further relief as the Court may deem proper.

DATED: February 12, 2021

_____
STEVEN A. BOOSKA
Attorney for Plaintiff

COMPLAINT FOR MONEY - COMMON COUNTS

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

On April 9, 2021, I served true copies of the following document(s) described as **NOTICE OF REMOVAL** on the interested parties in this action as follows:

Steven A. Booska
Law Offices of Steven A. Booska
1141 Harbor Bay Parkway, Suite 221
Alameda, CA  94502
E-mail:  stevenb@booskalaw.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address srussell@downeybrand.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 9, 2021, at Sacramento, California.

*Sandy Russell*
Sandy Russell

1715244v1

1

NOTICE OF REMOVAL