DOWNEY BRAND LLP
JOHN C. McCARRON (Bar No. 225217)
jmccarron@downeybrand.com
KELLY M. BREEN (Bar No. 267715)
kbreen@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:     916.444.1000
Facsimile:      916.444.2100

Attorneys for GREAT HOST INTERNATIONAL, INC. dba ANDALUCIA NUTS, a Texas corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BAUGHER RANCH ORGANICS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREAT HOST INTERNATIONAL, INC., dba ANDALUCIA NUTS, a Texas corporation,<br><br>Defendant. | Case No. 2:21-cv-00646-MCE-DB<br><br>**ORDER GRANTING PRO HAC VICE APPLICATION OF HAROON RAFATI** |

The Pro Hac Vice Application of Haroon Rafiti (ECF No. 8) is approved. The Pro Hac Vice Attorney is directed to request filing access through PACER.

IT IS SO ORDERED.

Dated: August 17, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1747489v1