Mark E. Ellis - 127159
Timothy S. Lam - 319831
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
Tlam@ellislawgrp.com

Attorneys for PLAINTIFF AND COUNTER DEFENDANT BAUGHER RANCH ORGANICS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BAUGHER RANCH ORGANICS, a California corporation,<br><br>    Plaintiff/Counter Defendant,<br><br>v.<br><br>GREAT HOST INTERNATIONAL, INC., dba ANDALUCIA NUTS, a Texas corporation,<br><br>    Defendant, Counter Claimant. | Case No.:  2:21-cv-00646-MCE-DB<br><br>**ORDER CONTINUING DISCOVERY CUTOFFS AND OTHER PRETRIAL DEADLINES** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In accordance with the joint stipulation of the parties (ECF No. 18), and good cause appearing, the following deadlines are extended as set forth below:

| Event | Previous Date | New Date |
|---|---|---|
| Non-expert Discovery Cutoff | May 05, 2022 | September 02, 2022 |
| Expert Disclosure | July 02, 2022 | November 02, 2022 |
| Rebuttal Expert Disclosure | August 04, 2022 | December 02, 2022 |
| L/D to file Dispositive Motion | November 01, 2022 | March 01, 2023 |

All other provisions of the applicable Pretrial Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

DATE:  May 5, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE