Mark E. Ellis - 127159
Lawrence K. Iglesias - 303700
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
liglesias@ellislawgrp.com

Attorneys for
PLAINTIFF AND COUNTER DEFENDANT BAUGHER RANCH ORGANICS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BAUGHER RANCH ORGANICS, a California corporation,<br><br>Plaintiff/Counter Defendant,<br><br>v.<br><br>GREAT HOST INTERNATIONAL, INC., dba ANDALUCIA NUTS, a Texas corporation,<br><br>Defendant. | Case No.: 2:21-cv-00646-MCE-DB<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>DATE: August 24, 2023<br>TIME: 10:00 a.m.<br>DEPT: Courtroom 7 |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **August 24, 2023, at 10:00 a.m.** or as soon thereafter as the matter can be heard in Courtroom 7 before Senior United States District Judge Morrison C. England, Jr., located at the Robert T. Matsui United States Courthouse on 501 I Street, Sacramento, CA 95814, Plaintiff and Counter Defendant BAUGHER RANCH ORGANICS will, and hereby do, move for an order granting Plaintiff's motion for leave to file a First Amended Complaint on the ground that Plaintiff has discovered additional information that requires additional claims in the nature of the claim previously pleaded against Defendant GREAT HOST INTERNATIONAL, INC., dba ANDALUCIA NUTS as well as a fraud claim against Defendant GREAT HOST INTERNATIONAL, INC., dba ANDALUCIA and its Vice President of Operations, Sal Zeini.

This motion will be based on this Notice of Motion and Motion, the supporting Memorandum of

Points and Authorities, the Declaration of Mark E. Ellis and exhibits thereto, Plaintiff's First Amended Complaint, on all of the records of this action, and on any additional material that may be elicited at the hearing of this motion.

Dated: July 18, 2023

                        ELLIS LAW GROUP, LLP

                        By  */s/ Mark E. Ellis*
                            Mark E. Ellis
                            Attorney for Plaintiff and Counter Defendant
                            BAUGHER RANCH ORGANICS

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT