UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Baugher Ranch Organics, | No. 2:21-cv-00646-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Great Host International, Inc., dba Andalucia Nuts, | |
| Defendant. | |

      On April 26, 2024, the court set a Final Pretrial Conference for this case. Min. Order, ECF No. 37. In the minute order setting the Final Pretrial Conference, the court directed the parties to "meet and confer and file a Joint Pretrial Statement no less than three (3) weeks prior to the Final Pretrial Conference." *Id.* (citing E.D. Cal. L.R. 282). The court also informed the parties "[t]he provisions of Local Rule 281 shall apply with respect to the matters to be included in the Joint Pretrial Statement." *Id.* The parties have filed a joint notice of trial readiness. *See* Notice, ECF No. 38. The joint notice does not comply with Local Rule 281 nor with the court's minute order. *See id.*; *see also* E.D. Cal. L.R. 281(b) (listing the matters that must be included in the joint pretrial statement). For example, among other matters, the joint notice of trial readiness does not include the basis for jurisdiction and venue, a statement of undisputed facts, statement of disputed factual issues, statement of abandoned issues and a list of witnesses. *See generally* Notice; *see also* E.D. Cal. L.R. 281(b).

1

1       Accordingly, the Final Pretrial Conference set for July 12, 2024, is hereby continued to August 23, 2024, at 10:00 AM in Courtroom 3 before Chief District Judge Kimberly J. Mueller. The parties shall meet and confer and file a Joint Pretrial Statement in compliance with the Local Rules no less than three (3) weeks prior to the Final Pretrial Conference. Further noncompliance with the Local Rules and court orders may result in sanctions.

      IT IS SO ORDERED.

DATED: June 24, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE