Mark E. Ellis - 127159
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA  95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com

Attorneys for
PLAINTIFF AND COUNTER DEFENDANT BAUGHER RANCH ORGANICS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BAUGHER RANCH ORGANICS, a California corporation,<br><br>        Plaintiff/Counter Defendant,<br><br>v.<br><br>GREAT HOST INTERNATIONAL, INC., dba ANDALUCIA NUTS, a Texas corporation,<br><br>        Defendant.<br><br>AND RELATED COUNTER ACTION | Case No.:  2:21-CV-00646-DC-SCR<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT:**

The Plaintiff Baugher Ranch Organics, through counsel, hereby submits this Notice of Settlement to notify the Court that this entire lawsuit, which is pending in this Court, has been settled outside of Court.

Respectfully submitted.

/ / /

/ / /

/ / /

/ / /

- 1 -

NOTICE OF SETTLEMENT

Dated: September 26, 2025

                                  ELLIS LAW GROUP LLP

                                  By  */s/ Mark E. Ellis*
                                      Mark E. Ellis
                                      Attorney for
                                      PLAINTIFF AND COUNTER DEFENDANT
                                      BAUGHER RANCH ORGANICS